966 A.2d 460

IN THE MATTER OF THE APPEAL BY EARLE ASPHALT COMPA-
NY OF THE FINAL AGENCY ACTION BY THE ACTING STATE
TREASURER AFFIRMING THE INELIGIBILITY DECISION
BY THE NEW JERSEY DEPARTMENT OF THE TREASURY,
DIVISION OF PURCHASE AND PROPERTY, CONTRACT COM-
PLIANCE AND AUDIT UNIT (CCAU).

Argued November 5, 2008—Decided January 15, 2009.

*Steven E. Brawer* argued the cause for appellant Earle Asphalt Company (*Lowenstein Sandler,* attorneys; *Mr. Brawer, Michael T.G. Long and Kristin A. Muir,* on the briefs).

*Susan R. Roop,* Assistant Attorney·General, argued the cause for respondent New Jersey Department of the Treasury (*Anne*

*Milgram,* Attorney General of New Jersey, attorney; *Cynthia Hackett,* Deputy Attorney General, on the brief).

*David J. Frizell* argued the cause for *amicus curiae* The Center for Civic Responsibility, Inc. (*Frizell & Samuels,* attorneys; *Michael S. Stein,* on the brief).

*Noah Bronkesh* submitted letters in lieu of brief on behalf or respondent Arawak Paving Co., Inc. (*Sills Cummis & Gross,* attorneys).

PER CURIAM.

▮▮▮▮  The judgment is affirmed, substantially for the reasons expressed in Judge Skillman's opinion of the Appellate Division, reported at 401 *N.J.Super.* 310, 950 *A.*2d 918 (2008).

*For affirmance*—Chief Justice RABNER and Justices LONG, LaVECCHIA, ALBIN, WALLACE, RIVERA–SOTO and HOENS—7.

*Opposed*—None.